UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:18-CV-00058-TBR-LLK

ALICE PENMAN                                             PLAINTIFF

v.

CORRECT CARE SOLUTIONS, LLC, *et al.*                    DEFENDANTS

**OPINION & ORDER**

Senior Judge Thomas B. Russell referred this matter to U.S. Magistrate Judge Lanny King for ruling on all discovery motions. [DN 73].

On April 19, 2021, at the request of Defendants' counsel, the Court conducted a telephonic status conference to discuss disputes that have arisen during the discovery process. [DN 129]. Based on conversations with the parties at that time, **IT IS HEREBY ORDERED:**

1. The parties shall meet and confer, either in person or telephonically, by April 26, 2021 to discuss the issues with Plaintiff's revised topics for a 30(b)(6) deposition. The parties are to make a good faith effort in that conference to narrow down the issues to those discovery disputes over which there is genuine disagreement.

2. After the parties have met and conferred, Defendants are granted leave to file a motion to quash regarding any remaining discovery disputes. Defendant's motion to quash shall be filed by May 3, 2021. Plaintiff's response shall be filed by May 10, 2021. No reply shall be filed unless requested by the Court.

**IT IS SO ORDERED.**

April 20, 2021

*[signature]*

Lanny King, Magistrate Judge
United States District Court

c:    Counsel of Record
p:    0.20

1