## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## Case No. 5:18-CV-58-TBR

ALICE PENMAN, as the Administrator
of the Estate of Marcus Penman                                             PLAINTIFF

v.

CORRECT CARE SOLUTIONS, LLC, *et al*.                               DEFENDANTS

## DEFENDANT KERWYN WALSTON'S
## DISCLOSURE OF EXPERT WITNESSES

Defendant Kerwyn Walston, by undersigned counsel, for his disclosure of expert witnesses states that he reserves the right to elicit opinion testimony from any expert disclosed by any other party in this mater, from the parties herein, and from other fact witnesses who are otherwise qualified to provide such testimony.

Mr. Walston reserves the right to use at trial the aforesaid expert opinions and testimony, expressed in person or in deposition taken prior to trial, or contained in affidavits on file in this case, regardless of whether or not such expert has withdrawn or whether or not the party who named such expert remains a party to this case.

Further, Mr. Walston reserves the right to amend his disclosure, to supplement the same, and to designate additional or rebuttal experts in accordance with the Federal Rules of Civil Procedure, the Orders of this Court, through agreement of the Parties, and as required by fundamental fairness and the interest of justice.

Respectfully submitted,

OLSEN & OLIVER, PLLC

/s/ Jonathan R. Oliver
Jonathan R. Oliver
Olsen & Oliver, PLLC
806 Clark Street
P. O. Box 388
Paducah, Kentucky  42002-0388
Phone:  (270) 575-3500
Fax:     (270) 575-1975
Email:  jonathan@olsenlawoffice.com
*ATTORNEY FOR KERWYN WALSTON*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of September 2021, electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have appeared in this matter.

/s/ Jonathan R. Oliver
Jonathan R. Oliver