**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:18-cv-00058-TBR-LLK
Electronically Filed**

**ALICE PENMAN**, Administrator of Estate of Marcus Penman, Deceased          **PLAINTIFF**

v.

**CORRECT CARE SOLUTIONS**, *et al*.          **DEFENDANTS**

---

**DEFENDANTS WHITE, CREWS, AND COLEMAN'S EXHIBIT LIST**

---

Comes now the Defendants, Randy White, Cookie Crews, Dr. Deborah Coleman, and Josh Patton ("Defendants"), by counsel and in compliance with the Court's Amended Scheduling Order (DN 174), submit the following list of trial exhibits. In accordance with Rule 26, this list does not include any exhibit that may be used "solely for impeachment:"

1. Kerwyn Walston Resignation (Redacted);
2. Jose Bailey Special Investigative Leave Letter and Resignation (Redacted);
3. Jose Bailey Information Report;
4. Josh Patton Information Report;
5. CPP 9.17;
6. CPP 9.1;
7. CPP 4.3;
8. Pepper Ball Demonstration Certificate Jose Bailey;
9. KELMS Training Record Kerwyn Walston;

10. KELMS Training Record Jose Bailey;

11. Jose Bailey Training Records 2015 and 2016;

12. Kerwyn Walston OC Spray Training Records 2013 and 2014;

13. Walston DOC Training Transcript 2015 to 2018;

14. Jose Bailey DOC Training Transcript 2017 to 2018;

15. Kerwyn Walston Crimcast Transcript 2015 to 2017;

16. Medical Examiner's Report Redacted;

17. Kerwyn Walston Special Investigative Leave Letter;

18. EOR 230-17, April 25, 2017;

19. James Corley Cell Extraction Training;

20. Training Transcripts;

21. Restraint chair video 1; and

22. Restraint chair video 2.

In addition to the above, Defendants reserve the right to introduce:

a. All exhibits listed by any party;

b. Any document referenced, reviewed, or relied upon by any expert in reaching an opinion in this case;

c. All documents or other tangible items identified during discovery;

d. All demonstrative exhibits used at trial by any party;

e. All written discovery responses by any party in the case and any document produced pursuant thereto;

f. All depositions in this case, including exhibits;

g. All pleadings filed in this case;

    h.  Enlargements of any exhibits identified herein;

    i.  Any documents or tangible items not identified on this list and used for impeachment purposes, rebuttal, or for good cause shown; and

    j.  All documents listed by any party in their initial disclosures.

Defendants reserve the right to amend, add to, subtract from, or otherwise alter in any way the foregoing exhibit list.

Respectfully submitted,

/s/ Kristin Wehking
Kristin Wehking
Office of Legal Services
Justice & Public Safety Cabinet
125 Holmes Street, 2nd Floor
Frankfort, KY 40601
(502) 564-8205
(502) 564-6686 facsimile
Kristinl.wehking@ky.gov


/s/ Mark F. Bizzell
Mark F. Bizzell
Justice and Public Safety Cabinet
Office of Legal Services
125 Holmes Street
Frankfort, KY 40601
Phone: 502-782-1097
Mark.Bizzell@ky.gov

*Counsel for Defendants White, Crews, Coleman, and Patton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically filed this document with the Court by using the CM/ECF system, which will send notice to all counsel of record.

/s/ Kristin Wehking