ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO.: 5:18-CV-58-TBR

ALICE PENMAN, as the Administrator of the
ESTATE OF MARCUS PENMAN, Deceased,                                             PLAINTIFF

v.

CORRECT CARE SOLUTIONS, LLC, *et al.*,                                         DEFENDANTS

## AGREED ORDER OF DISMISSAL

\* \* \* \* \* \* \* \* \* \*

Plaintiff, Alice Penman, as the Administrator of the Estate of Marcus Penman, Deceased, having previously dismissed her Second Claim for Relief (Deliberate Indifference to a Serious Medical and/or Mental Health Need – Eight Amendment § 1983) and her Third Claim for Relief (Failure to Intervene/Failure to Protect--42 § 1983) against Defendant, Bruce Bauer (DN 206), and her Fifth Claim for Relief (Municipal Liability—42 USC § 1983) against Defendant, Correct Care Solutions, LLC (DN 206); and Plaintiff, Alice Penman, as the Administrator of the Estate of Marcus Penman, Deceased, and Defendants, Bruce Bauer and Correct Care Solutions, LLC, having agreed to settle Plaintiff's only remaining claim against them, her Sixth Claim for Relief – Negligence/Wrongful Death, and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims that were or could have been brought against Defendants, Bruce Bauer and Correct Care Solutions, LLC, may be and the same are hereby DISMISSED WITH PREJUDICE, with all matters in controversy and all claims between Plaintiffs and Defendants, Bruce Bauer and Correct Care Solutions, LLC, having now

been dismissed, with each party bearing their own costs and attorney's fees, there is no just cause for delay, and this Order is final and appealable.

HAVE SEEN;
TO BE ENTERED:

*Bob Blakemore – with express permission*
Robert M. Blakemore, OBA #18656
Admitted *Pro Hac Vice*
Brent L. Caldwell
COUNSEL FOR PLAINTIFF

*J. Peter Cassidy, III*
J. Peter Cassidy, III
COUNSEL FOR DEFENDANTS,
BRUCE BAUER and
CORRECT CARE SOLUTIONS, LLC

**Thomas B. Russell, Senior Judge**
**United States District Court**

April 25, 2022